FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority    X
Send
Enter       X
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENDRICKSON, <br><br> Plaintiff, <br><br> v. <br><br> EBAY INC., LUCKYBOY ENTERTAINMENT, STEVEN REILLY, and DOES 1 through X, <br><br> Defendants. <br><br> and related cases | Case No. CV 01-0495 RJK <br><br> Consolidated with Case Nos. <br> CV 01-1471 RJK and <br> CV 01-3412 RJK <br><br> **JUDGMENT ON PLAINTIFF'S CLAIMS AGAINST THE eBAY DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)** |

The three consolidated cases arise out of alleged copyright and trademark violations via the sale and distribution of the unauthorized documentary "Manson" over the Internet auction web site www.ebay.com. The complaints seek monetary and injunctive relief against two groups of defendants: (1) the operator of the web site, eBay, Inc., and its employees, Margaret C. Whitman and Michael Richter (collectively, the "eBay Defendants") and (2) the manufacturer, distributor and sellers of the unauthorized items.

WHEREAS, the eBay Defendants' Motion for Summary Judgment filed on May 31, 2001 was taken under submission by the Court on June 25, 2001, the

ENTERED ON ICMS

JAN 18 2002

86

1 evidence presented having been fully considered, the issues having been duly
2 evaluated, and a decision having been duly rendered by order entered on July 3,
3 2001;
4     WHEREAS, the order entered on July 3, 2001 granted summary judgment
5 in the eBay Defendants' favor on the state law tortious interference with
6 prospective economic advantage claim;
7     WHEREAS, the order entered on July 3, 2001 granted summary
8 adjudication in favor of eBay and Defendant Richter on the applicability of the
9 "innocent infringer" provision of the Lanham Act, 15 U.S.C. § 1114(2) and this
10 ruling thereby limited Plaintiff's Lanham Act remedy to an injunction against the
11 future publication or transmission of the infringing advertisements on eBay's
12 website (see 15 U.S.C. § 1114(2)(B));
13     WHEREAS, the eBay Defendants' Motion for Summary Judgment filed on
14 July 27, 2001 was taken under submission by the Court on August 20, 2001, the
15 evidence presented having been fully considered, the issues having been duly
16 evaluated, and a decision having been duly rendered by order entered on
17 September 4, 2001;
18     WHEREAS, the order entered on September 4, 2001 granted summary
19 judgment in favor of the eBay Defendants on all claims for secondary copyright
20 infringement on the ground that the eBay Defendants are entitled to protection
21 from liability under 17 U.S.C. § 512(c), the safe harbor provision of the Digital
22 Millennium Copyright Act (the "DMCA");
23     WHEREAS, the order entered on September 4. 2001 granted summary
24 judgment in favor of eBay and Defendant Richter on the Lanham Act claim;
25     WHEREAS, the eBay Defendants' Motion for Entry of Judgment Pursuant
26 to Federal Rule of Civil Procedure 54(b) was heard by the Court on January 14,
27 2002 and the issues having been duly evaluated;
28     WHEREAS, the Court's orders on the eBay Defendants' motions for

1  summary judgment have disposed of all claims pending against the eBay
2  Defendants;
3     WHEREAS, Federal Rule of Civil Procedure Rule 54(b) allows a district
4  court to direct the entry of a final judgment as to one or more buy fewer than all of
5  the claims or parties upon a determination that there is no just reason for delay;
6     WHEREAS, the Court finds that there is no just reason for delay of
7  immediate entry of judgment dismissing all claims against the eBay Defendants;
8     WHEREAS, immediate entry of judgment in favor of the eBay Defendants
9  would not result in piecemeal appeals concerning the same legal issues because
10 Plaintiff's claims against the *other* group of defendants in these consolidated
11 actions are based on wholly distinct legal theories and raise distinct legal questions
12 from those already decided by this Court;
13    WHEREAS, the Court finds that the record in this case shows that
14 considerations of judicial economy and the balance of equitable factors weigh in
15 favor of the immediate entry of judgment in favor of the eBay Defendants; and
16    IT IS HEREBY ADJUDGED AND DECREED that:
17    (1)  All state and federal claims against eBay, Defendant Whitman and
18 Defendant Richter in these consolidated action be dismissed, and Plaintiff take
19 nothing from these defendants; and
20    (2)  Judgment in favor of eBay, Defendant Whitman and Defendant
21 Richter be entered pursuant to Federal Rule of Civil Procedure 54(b).

DATED: JAN 16 2002

ROBERT J. KELLEHER
United States District Judge