Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only___

**DUPLICATE ORIGINAL**

FILED
CLERK, US DISTRICT COURT
AUG 1 5 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 2 0 2002
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENDRICKSON,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC., MICHAEL RICHTER, ERIC PRESTON, PAMELA SMITH, PAUL CAERBERT, JOHN GIAMBRONE, JEANMARIE CREEN, CAREY S. MAIER, MAGIC ENTERTAINMENT, WWW.WHOLSESALEDISCS.COM, EDWARD PANTALON, JUSTIN GREGORITS, LUCKYBOY ENTERTAINMENT, JOHN MATARAZZO, BEVERLY WILSHIRE FILMWORKS/TELEFILMS INTERNATIONAL, AND CORPORATE DUPLICATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. CV 01-3412 RJK<br><br>Consolidated with Case Nos. CV 01-495 RJK and CV 01-1371 RJK<br><br>**JUDGMENT** |

This action came on regularly for bench trial before the Honorable Robert J. Kelleher on August 13, 2002, with Plaintiff Robert Hendrickson ("Plaintiff")

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

1

148

appearing *pro se* and the sole remaining defendant, Edwin Richter, doing business as Magic Entertainment (erroneously sued as Magic Entertainment) ("Defendant"), appearing *pro se*. The Court's findings of fact and conclusions of law having been filed herewith,

It is hereby ORDERED and ADJUDGED that:

1. Defendant's advertising of the motion picture "Manson" in digital video disc ("DVD") format on eBay, Inc.'s Internet auction website, www.ebay.com, did not constitute distribution of Plaintiff's copyrighted work;

2. The trade dress of the motion picture "Manson" in video home system ("VHS") format is not protectable;

3. Defendant did not use the trade dress of the motion picture "Manson" in VHS format in a manner that is likely to cause confusion among ordinary purchasers as to the source of Defendant's goods.

Accordingly, Plaintiff Robert Hendrickson shall take nothing from Defendant Edwin Richter by reason of his Complaint on file herein, that the action be dismissed on the merits, and that Defendant Edwin Richter shall have and recover from Plaintiff Robert Hendrickson his costs of suit in this matter in the sum of $_____.

Dated: AUG 15 2002

Robert J. Kelleher
United States District Judge

2